# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SAMUEL M. C.,

Petitioner,

v.

WARDEN of the Golden State Annex, et al.,

Respondents.

No. 1:26-cv-00144 KES SKO (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Doc. 17

Petitioner Samuel M. C. brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See generally* Doc. 1.

On April 3, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for the reasons identified in the Court's order granting a preliminary injunction. Doc. 17. Those findings and recommendations were served upon all parties and contained notice that any objections were to be filed 21 days after service. No objections were filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the entire case, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

///

1

The Court ORDERS:

1.      The findings and recommendations issued on April 3, 2026 (Doc. 17) are ADOPTED in full.

2.      The petition for writ of habeas corpus is GRANTED.

3.      Respondents are PERMANENTLY ENJOINED and RESTRAINED from re-detaining Petitioner Samuel M. C. unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified.[1]

4.      The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   May 2, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.